UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA MARIA PENA GARCIA,  Case no.: 25-cv-12023

Petitioner/Plaintiff,  Hon.

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, in her official capacity as head of that department, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as head of that agency, and ROBERT LYNCH, in his official capacity as director of the Detroit Field Office,

Respondents/Defendants.

## INDEX OF EXHIBITS

Exhibit A, Excerpt of Redacted Medical Records.

Exhibit B, March 27, 2023, BIA Order of Voluntary Departure.

Exhibit C, August 21, 2023, ICE Grant of Stay of Removal.

Exhibit D, July 26, 2023, Order of Supervision.

Exhibit E, Work Authorizations.

Exhibit F, May 13, 2025, Notice of Cancellation of Bond.

Exhibit G, May 14, 2025, Notice of Breach of Bond.

Exhibit H, May 20, 2025, Order of Supervision

1 | Page

Exhibit I, Confirmation of July 16, 2025, Delta Flight to Mexico.

Exhibit J, July 3, 2025, Application for Stay of Deportation.

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

**2 |** P a g e