

**MICHIGAN MEDICINE**
UNIVERSITY OF MICHIGAN

Michigan Medicine Adult Services - Oncology |
Northville Health Center
Floor 2
39901 Traditions Dr
Northville MI 48168-9493
Telephone: 734-647-8902
Fax: 248-305-4401



Hugo
14333 Trenton Rd
Southgate MI 48195-1938

Patient name: Hugo
Medical record number:         6501
Date of birth:
Date of visit: 11/17/2021

To whom it may concern,

Mr.            is under my care for his metastatic prostate cancer to the local lymph nodes. He has received radiation to them and is on hormone therapy with injections every 3 months and also daily oral pills (abiraterone). These are being used for at least another 4 months (through 4/1/22). During this time we have visits to check his blood to make sure the medicines are safe and check in to make sure he is tolerating them well. We are treating him with a goal of curing him of his cancer. Even after we have finished, we will be checking his blood every 3 months to see if the cancer has returned. I fear if he were to have an interruption with his current therapy or shortly after completing (where we are still monitoring for side effects) it could jeopardize his immediate health and also potentially decrease our likelihood of curing the cancer.

Please take the above into consideration and contact me with any questions,

Sincerely,
Zachery Roger Reichert, MD

vesicles, pelvic LN w/ 18 months of ADT.
- 9/17/20: Bone scan unremarkable
- 9/17/20: MRI pelvis w/ PI-RADS 5 right prostatic mass, spans the entirety of the craniocaudal dimension of the prostate gland w/ extracapsular bulge & gross extraprostatic extension, probable left bladder base invasion, possible membranous urethra invasion, probable invasion of the right levator ani, contact w/ the anterior rectal wall & definite invasion of the right neurovascular bundle & seminal vesicle; enlarged bilateral internal iliac chain LN & right external iliac chain LN c/f metastatic spread
- 9/21/20: Started **Lupron**; bicalutamide held 2/2 mild transaminitis
-1/4/21-1/29/21 **radiation** to primary and LN
-5/13/21 started **abiraterone**

- Plan for 18 months of ADT (so complete 2/2022)

### SUBJECTIVE:
He is tolerating well. No side effects that he knows of. He hasn't checked BP routinely (had to get new batteries while on video visit) but I had him check and it was elevated with SBP to 160/170 systolics. He also was elevated at radiation oncology visit on 6/28 and they increased his lisionpril to 20 mg. He has not taken his dose today.

**ROS**: A focused ROS was done and pertinent positive and negative in the HPI.

**PMH/PSH/SOCHX/FHX:** unchanged from last documented and reviewed

MEDICATIONS:
**Home Medications**

| Medication | Sig | Start Date | End Date | Taking? |
|---|---|---|---|---|
| abiraterone (ZYTIGA) 250 mg tablet | Take 4 tablets (1,000 mg) by mouth once daily. | 10/13/20 | | |
| lisinopriL 10 mg tablet | Take 1 tablet (10 mg) by mouth once daily. | 5/18/21 | | |
| naproxen (NAPROSYN) 500 mg tablet | Take 500 mg by mouth. | 6/15/21 | | |
| oxybutynin (DITROPAN XL) 10 mg 24 hr tablet | Take 1 tablet (10 mg) by mouth once daily. | 1/11/21 | 4/6/22 | |
| predniSONE (DELTASONE) 5 mg tablet | Take 1 tablet (5 mg) by mouth once daily. | 5/12/21 | | |

ALLERGIES:
No Known Allergies

PHYSICAL EXAM:
VITALS: There were no vitals taken for this visit.
ECOG: 0, pain 0

Patient Name: Hugo
MRN:        6501
DOB:
Page 3

letterPRD20210630.165642.D85D34606561.pdf

| | | |
|---|---|---|
| **Michigan Medicine Adult Services - Oncology | Northville Health Center** Floor 2 39901 Traditions Dr Northville MI 48168-9493 Ph: 734-647-8902    Fax: 248-305-4401 | *Date:* *Name:* *Address:* *H:* *DOB:* | 06/30/2021 Hugo ███████████ 6501 14333 Trenton Rd Southgate, MI  48195-1938 734-512-9822 ███████ |

## External Laboratory Requistion

**Authorizing Provider:**
Reichert, Zachery Roger, MD
UM ID#: ███████
NPI#: ███████████

**Ordering Provider**
REICHERT, ZACHERY ROGER 017453

**Order date:** Jun 30, 2021
**Associated Diagnosis:** Prostate cancer metastatic to multiple sites (CMS/HCC) (C61)

**Standing Info:**
Future 7/21/2021 - Expires 12/30/2022,
 -

**Comprehensive Metabolic Panel - Routine**

Should the patient fast for this test? No

**FAX ALL RESULTS TO THE CLINIC FAX NUMBER LISTED ABOVE (unless other instruction given below)**

Comments:  Get this done around 7/21 and call/message my office so we know it is completed and where it was completed.

---

*Electronically signed by:* Reichert, Zachery Roger, MD     Lic # 4301096447

| | |
|---|---|
| Michigan Medicine Adult Services - Oncology \| Northville Health Center Floor 2 39901 Traditions Dr Northville MI 48168-9493 Ph: 734-647-8902     Fax: 248-305-4401 | Date: 06/30/2021 Name: ▆▆▆▆▆▆▆▆▆▆▆6501 Address: 14333 Trenton Rd Southgate, MI  48195-1938 H: 734-512-9822 DOB: ▆▆▆▆▆ |

## External Laboratory Requsition

**Authorizing Provider:**
Reichert, Zachery Roger, MD
UM ID#: ▆▆▆▆
NPI#: ▆▆▆▆▆

**Ordering Provider**
REICHERT, ZACHERY ROGER 017453

**Order date:** Jun 30, 2021
**Associated Diagnosis:** Prostate cancer metastatic to multiple sites (CMS/HCC) (C61)

**Standing Info:**
Future  - Expires 12/30/2022,
-

**Comprehensive Metabolic Panel - Routine**

  Should the patient fast for this test? No

**FAX ALL RESULTS TO THE CLINIC FAX NUMBER LISTED ABOVE (unless other instruction given below)**

Comments:  Do 1 week prior to visit with Dr. Reichert, Lauren Zubkoff or Meredith Morgan.

---

*Electronically signed by:* Reichert, Zachery Roger, MD     Lic # 4301096447

**FAX ALL RESULTS TO THE CLINIC FAX NUMBER LISTED ABOVE** (unless other instruction given below)

Comments:  Do 1 week prior to visit.

---

### External Laboratory Requistion



**Authorizing Provider:**
Reichert, Zachery Roger, MD
UM ID#: ▮▮▮▮▮
NPI#: ▮▮▮▮▮▮▮▮

**Ordering Provider**
REICHERT, ZACHERY ROGER 017453

**Order date:** May 18, 2021
**Associated Diagnosis:** Prostate cancer (CMS/HCC) (C61)

**Standing Info:**
Future  - Expires 11/18/2022,
 -

**PSA (Prostate Specific Antigen) - DIAGNOSTIC - Routine**

**FAX ALL RESULTS TO THE CLINIC FAX NUMBER LISTED ABOVE** (unless other instruction given below)

Comments:  Do 1 week prior to visit.

---

*Electronically signed by:* Reichert, Zachery Roger, MD     Lic # 4301096447

letterPRD20210518.182029.554BF645D8E5.pdf