DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## NOTICE - IMMIGRATION BOND CANCELLED

**OBLIGOR**

Ramirez-Guzman, Jose L.
15060 DEVOE ST
SOUTHGATE, MI 48195
UNITED STATES

Alien File No. **A213 065 545**
Cancellation Notice Date **05/13/2025**

### IMMIGRATION BOND

Bond Type: [X] Cash  [ ] Surety
Bond Post Date **04/24/2018**
Bond Receipt No. **DETC1800592**
Amount **$5,000.00**
Alien's Name **Pena Garcia, Rosa Maria**

U.S. Immigration and Customs Enforcement (ICE) has determined that the conditions of the immigration bond referenced above have been satisfied and the bond is cancelled. Financial Service Center-Burlington will issue a refund of any deposit and any interest to the individual or entity identified in U.S. Immigration and Customs Enforcement records entitled to receive the refund, to the address of record. If your address has changed, you should use this form to notify ICE of your new address. If you have validly appointed someone or some other entity to be your attorney in fact to receive this refund, please inform them that you have received this notification and that they can expect to receive the refund check at the address noted in Financial Service Center-Burlington records.

Otherwise, you do not need to take any action in response to this notice.

Questions about this form or your deposit should be addressed to the Department of Homeland Security Financial Service Center-Burlington, P.O. Box 5000, Williston, VT 05495-5000, or bondrefund.helpdesk@ice.dhs.gov.

SAVE THIS FORM FOR YOUR RECORDS.

**DONNA ROSARIO**
Digitally signed by DONNA ROSARIO
Date: 2025.05.13 10:13:24 -04'00'
Authorized DHS Signature

Rosario, Donna, BCS
Print Name/Title

You may use a copy of this form to change your address in Financial Service Center-Burlington records. Complete the information below and either mail or email the completed form to the proper finance center address above.

If you do not receive the refund check within eight (8) weeks of submitting this form to the finance center regarding your change of address, please contact the finance center at the proper address above to notify ICE of this.
My address has changed. Please send all further correspondence to:

_____  _____  _____  _____
Street Address                City or Town                 State                        Zip Code

_____  _____
Signature of Obligor                                  Date

ICE Form I-391 (3/23)                                                                 Page 1 of 1

*3 - 4 mos To rec check*

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# NOTICE OF INTENTION TO FINE UNDER THE IMMIGRATION AND NATIONALITY ACT

File Number: A 213 065 545

Penalty Tracking Number: DET-NIF-FTDV-0023

In the Matter of: Rosa Maria PENA GARCIA
Name

14333 Trenton Rd, Southgate, MI 48195
Address (Number, Street, City, State, and Zip Code)

The U.S. Department of Homeland Security alleges that:

[X] You are a not a citizen or national of the United States.

It is further alleged that, under the following sections of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code:

[X] **Section 240B**

    [X] On 03/27/2023, you were permitted to depart voluntarily under Section 240 of Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c.

    [X] You voluntarily failed to depart the United States within the time period specified.

Based on the foregoing, it is charged that you violated Section 240B(d)(1) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1).

And as deemed appropriate, IT IS INTENDED that:

    [X] a civil penalty be imposed upon you in the amount of: $ 3,000.00, pursuant to Section 240B(d)(1)(A) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1229c(d)(1)(A); and Title 8 of the Code of Federal Regulations, Part 280.

[ ] **Section 274D**

    [ ] On _____, an order of removal, for which you are subject, was made final.

    [ ] You willfully failed or refused to -

        [ ] depart from the United States pursuant to the order.

        [ ] make timely application in good faith for travel or other documents necessary for departure.

        [ ] present for removal at the time and place required by the Attorney General [or Secretary of Homeland Security].

    [ ] You conspired to or took any action designed to prevent or hamper your departure pursuant to the order.

Based on the foregoing, it is charged that you violated Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a).

And as deemed appropriate, IT IS INTENDED that:

    [ ] a civil penalty be imposed upon you in the amount of: $ _____, pursuant to Section 274D(a) of the Immigration and Nationality Act, as amended and codified at Title 8, United States Code, Section 1324d(a); and Title 8 of the Code of Federal Regulations, Part 280.