DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# NOTICE - IMMIGRATION BOND BREACHED

**OBLIGOR:**
Pena Garcia, Rosa M.
14333 TRENTON RD
SOUTHGATE, MI 48195
UNITED STATES

Breach Number: **DETB2500033**
Alien File Number: **A213 065 545**
Breach Notice Date: **05/14/2025**

### IMMIGRATION BOND

Bond Type: [X] Cash  [ ] Surety
Bond Post Date: **06/06/2019**
Bond Receipt No.: **DETC1900772**
Amount: **$500.00**
Alien's Name: **Pena Garcia, Rosa Maria**

The condition of the above-described immigration bond having been violated by the above-named obligor or alien, it has been determined that said bond has been breached on **06/25/2023** for the following reason:

[ ] Demand was made upon you on _____, to deliver the above-named alien at _____. Your failure to deliver the above-named alien as directed constitutes a substantial violation of the conditions of the bond.

[X] On **03/27/2023** the above-named alien was granted Voluntary Departure, requiring departure from the United States on or before **05/26/2023**. You have failed to submit, within 30 days of the expiration of the voluntary departure period, valid proof that the alien departed the United States on or before the expiration of the voluntary departure period, which constitutes a substantial violation of the conditions of the bond.

[ ] The above named alien failed to comply with the conditions of the above described order of supervision bond by a breach of the following condition(s) of the bond, to wit:
_____

[ ] The above named alien failed to comply with the conditions of the above described maintenance of status and departure bond by a breach of the following condition(s) of the bond, to wit:
_____

You may appeal this decision by completing Form I-290B, "Notice of Appeal or Motion," available at https://www.uscis.gov/i-290b, and filing the form together with the appropriate filing fee and a brief written statement setting forth the reasons and evidence supporting the appeal. File your appeal within 30 days from the date of this notice with the U.S. Immigration and Citizenship Services (USCIS) at one of the Chicago Lockbox addresses listed below:

U.S. Postal Service Chicago Lockbox
USCIS
P.O. Box 4733
Chicago, IL 60680-4733

or

USPS Express Mail/Courier Chicago Lockbox
USCIS
Attn: Bond Appeals
131 S. Dearborn, 3rd Floor
Chicago, IL 60603-5517

If no appeal is timely filed, the bond breach becomes an administratively final decision. After a final breach decision, any funds pledged as security for a cash bond will be forfeited to the United States or ICE will issue an invoice for the face amount of a surety bond.

**Authorized DHS Officer**

| Printed Name | Title | Signature |
|---|---|---|
| Anderson, S 6501 | SDDO | STEVEN T ANDERSON  Digitally signed by STEVEN T ANDERSON Date: 2025.05.14 09:57:20 -04'00' |

ICE Form I-323 (10/20)

Page 1 of 1