DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

File No.: 213 065 545

Name: PENA GARCIA, ROSA MARIA

Date: May 20, 2025

On **May 27, 2023**, you were ordered:
(Date of Final Order)

- ☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
- ☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

- ☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.
- ☐ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.
- ☒ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.
- ☒ That you do not travel outside **State of Michigan** for more than 48 hours without first having notified this agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.
(Specify geographic limits, if any)
- ☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.
- ☒ That you report in person on ( **05/27/2025 8:00 AM** ) to this agency office at:
(Date/Time)

See I-831

(Reporting Address)

- ☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.
- ☒ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

- ☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____  ANDERSON, S 6501 - SDDO
(Signature of ICE Official)       (Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the **English** language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

SAUNDERS, A 3794
DO
_____       _____
(Signature of ICE Official Serving Order)   (Signature of Alien)

05/20/2025
(Date)

ICE Form I-220B (10/20)                                                        Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (CONTINUATION PAGE)

| Alien Name | | | Picture | Right Index Print |
|---|---|---|---|---|
| PENA GARCIA, ROSA MARIA | | | | |
| File Number | Date | | | |
| 213 065 545 | May 20, 2025 | | | |
| Alien's Signature | | | | |
| Alien's Telephone Number (if any) | | | | |
| (734) 624-8815 | | | | |
| Alien's Address | | | | |
| 14333 TRENTON RD SOUTHGATE MICHIGAN 48195 | | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 5/20/25 | AS | RAO, NRD 5/27/2025 @ 8AM Bring travel plan. |
| 5-27-25 | M | Reported with Itinerary NRD 7-16-25 @ 900am |

Signature: Re-Issue SAUNDERS, A 3794

Title: DO

ICE Form I-220B (10/20)　　　Page 2 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF SUPERVISION (ADDENDUM)

Name: PENA GARCIA, ROSA MARIA

File No.: 213 065 545

Date: May 20, 2025

- [x] That you do not associate with know gang members, criminal associates, or be associated with any such activity.
- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.
- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.
- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.
- [x] That you do not commit any crimes while on this Order of Supervision.
- [ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.
- [ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.
- [x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.
- [x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.
- [x] Any violation of the above conditions will result in revocation of your employment authorization document.
- [x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.
- [ ] Other:

X _____
Alien's Signature

ICE Form I-220B (10/20)

Page 3 of 5

U.S. Department of Homeland Security                     Continuation Page for Form I-220B

| Alien's Name | File Number | Date |
|---|---|---|
| PENA GARCIA, ROSA MARIA | 213 065 545<br>Event No: DTS1804000001 | 05/20/2025 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
-------------------------------------------
985 Michigan Ave
Detroit MI, 48226

| Signature | Title |
|---|---|
| SAUNDERS, A 3794 | DO |

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)