UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSA MARIA PENA GARCIA, | Case no.: 2:25-cv-12023 |
| Petitioner/Plaintiff, | Hon. Susan K DeClercq<br>United States District Judge |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, in her official capacity as head of that department, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity as head of that agency, and ROBERT LYNCH, in his official capacity as director of the Detroit Field Office, | |
| Respondents/Defendants. | |

## NOTICE OF APPEAL OF:

### OPINION AND ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION OR STAY OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 USC § 1292(a)(1), Plaintiff ROSA MARIA PENA GARCIA now appeals this Honorable Court's July 16, 2025 order (ECF No. 6) to the Sixth Circuit Court of Appeals.

1 | P a g e

                                                                                     Respectfully submitted,

                                                                                     AYAD LAW, PLLC

                                                                                     */s/Nabih H. Ayad* (P59518)
                                                                                     645 Griswold St., Ste. 2202
                                                                                     Detroit, MI 48226
                                                                                     P: 313.983.4600 | F: 313.983.4665
Dated: July 16, 2025                                          filing@ayadlawpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing paper and any attachments with the Clerk of Courts via the CM/ECF Electronic filing System giving notice to all parties of record.

                                                Respectfully submitted,

                                                AYAD LAW, PLLC

Dated: July 16, 2025

*/s/Nabih H. Ayad* (P59518)
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com

**3 |** P a g e