No.  25-1632

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Jul 17, 2025
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| ROSA MARIA PENA GARCIA, | ) | |
| | ) | |
|     Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, et al., | ) | |
| | ) | |
|     Defendants-Appellees. | | |

Before:  CLAY, THAPAR, and READLER, Circuit Judges.


Plaintiff Rosa Maria Pena Garcia is a Mexican national subject to a final order of removal. In 2023, she received permission to voluntarily depart from the United States.  But she didn't do so.  Instead, she remained in the country.  After several years, the Department of Homeland Security notified Pena Garcia that she would be removed and gave her the option of scheduling her departure.  So Pena Garcia bought an airplane ticket to Mexico.  Now, she seeks a stay of her removal.

But this court doesn't have the power to grant that stay.  Congress has prohibited courts from ordering "a stay of an alien's removal pending consideration of any claim with respect to voluntary departure."  8 U.S.C. § 1229(c).  Because Pena Garcia's claims center on an alleged violation of a voluntary departure order, her request for a stay concerns the same issue Congress prohibited courts from adjudicating.  While there's little doubt that Pena Garcia desires to remain

No. 25-1632
-2-

in the United States for admirable reasons—caring for family members—this court can't issue the stay she requests.

Accordingly, the motion to stay removal is **DENIED**.


CLAY, J., dissenting:  Judge Clay would also deny the motion to stay removal, but dissents from the above order which dismisses Plaintiff's motion on jurisdictional grounds.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/17/2025.

**Case Name:**   Rosa Pena Garcia v. DHS, et al
**Case Number:**   25-1632

**Docket Text:**
ORDER filed denying motion to stay removal [7381208-2] filed by Mr. Nabih H. Ayad. Eric L. Clay, Circuit Judge, dissenting: Judge Clay would also deny the motion to stay removal, but dissents from the above order which dismisses Plaintiff's motion on jurisdictional grounds. Amul R. Thapar, Circuit Judge and Chad A. Readler, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Nabih H. Ayad
Ms. Kinikia D. Essix
Mr. Zak Toomey